ARTHUR T. ZAUTNER, as Building Inspector of the Town of Bethlehem, et al., Appellants, v. LASZIO MAGONY et al., Respondents.— AULISI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.